38,160-05

Dear Mr. Acosta:                    November 25, 2015

My name is Sam Jones, about 2 weeks ago
I mailed you my Motion For An Enlargement of time writ RECEIVED IN COURT OF CRIMINAL APPEALS
No. WR-38,160-05 enclosed along with that motion was a
self-addressed stamped envelop. I, requests that you would DEC 03 2015
stamp file date my cover letter and return it back to me
using that self-addressed stamped envelope. It's been two Abel Acosta, Clerk
weeks now yet I have not yet received the stamped file
dated letter back from you thus I write to ask that you
please acknowledge receiving and filing the said motion.

Also, Mr. Acosta in a seperate letter I wrote
requesting that you will please send me twenty (20) copies
of pages 14 and 15 of the prescribed 11.07 application form
so that I can include twenty additional grounds in my
subsequent writ that I must file if your court adopts
the trial court's finding in recommendation and dismiss
my pending writ. The 11.07 application form itself states:

" If you have more than four grounds, use pages
14 and 15 of the form, which you may copy as many
times as needed to give you a separate page for
each ground. If you grounds and brief summary or
the facts have not been presented on the form
application, the court will not consider your grounds."

I am an indigent prisoner whom do not have any way of making
copies of page 14 and 15 of the prescribed form thus I
request that you please send me the request twenty (20) copies
of pages 14 and 15 so that I can include 20 additional grounds
in my subsequent writ application.

                                    Thank you

Please Mail To:

Sam Jones #1787475
Wynne Plantation
810 F.M. 2821
Huntsville, Texas 77349